Exhibit 1



85531
0

‖‖ıı‖ıı‖ıı‖ıı‖ıı‖ıı‖ıı‖ıı‖ıı‖ıı‖ıı‖ıı‖ı‖ı‖ı
**ROBERTO LOPEZ MORALES**
**294 BDA VISBAL**
**AGUADILLA PR  00603-4819**

578-121296

Este estado cubre sus transacciones después del 20 de mayo de 2008 hasta el 20 de junio de 2008.        Página 1

# AHORROS

**INFORMACIÓN DE BALANCE**

| Balance inicial | + Créditos | + Intereses | - Débitos | - Cargos | = Balance final | Balance disponible |
|---|---|---|---|---|---|---|
| 83,284.91 | 0.00 | 87.82 | 17,495.19 | 0.00 | 65,877.54 | 65,877.54 |

| Balance promedio diario | Número de días en el ciclo | Tasa periódica | Tasa rendimiento anual devengada |
|---|---|---|---|
| 76,805.13 | 31 | 0.0036885% | 01.360% |

**CRÉDITOS REGULARES Y ELECTRÓNICOS**

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
|---|---|---|---|---|---|
| 06-20 | Intereses acreditados | 87.82 | | | |

**DÉBITOS REGULARES Y ELECTRÓNICOS**

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
|---|---|---|---|---|---|
| 06-04 | Pago  06-04 XXXXXXXXXXXXX1344 Texaco 563 Rancho Hatillo  PR | 40.00 | 06-05 | Pago  06-04 XXXXXXXXXXXXX1344 Bostonian    Hato Rey  PR | 85.59 |
| 06-04 | Pago  06-04 XXXXXXXXXXXXX1344 Taxaco Carrizales Hatillo  PR | 10.00 | 06-05 | Pago  06-04 XXXXXXXXXXXXX1344 Jcpenney Store 2S 798San Ju PR | 59.60 |
| 06-05 | Retiro Sucursal Aguadilla Sur | 6,000.00 | 06-12 | Pago  06-12 XXXXXXXXXXXXX1344 Popular Autó Lote Bayamón  PR | 11,300.00 |

**HISTORIAL DE BALANCE DIARIO**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|---|---|---|---|
| 06-20 | 83,284.91 | 06-05 | 77 089 72 | 06-20 | 65,877.54 | | |
| 06-04 | 83,234.91 | 06-12 | 65,789.72 | | | | |

**AVISO IMPORTANTE**

Aviso: Véase información importante al final de este estado. Su próximo estado de cuenta será el  21 de julio de 2008

**⊞ BANCO POPULAR®**

84552
0



**A TODA HORA**

RECEIVED

ցիկ ՀԱ ՅՑ P: 5: 27

578-121296

ROBERTO LOPEZ MORALES
294 BDA VISBAL
AGUADILLA PR   00603-4819

Este estado cubre sus transacciones después del  20 de junio  de 2008 hasta el  21 de  julio  de 2008.     **Página   1**

# AHORROS

**INFORMACIÓN DE BALANCE**

| Balance inicial | + Créditos | + Intereses | – Débitos | – Cargos | = Balance final | Balance disponible |
|---|---|---|---|---|---|---|
| 65,877.54 | 0.00 | 72.53 | 59.99 | 0.00 | 65,890.08 | 65,890.08 |

| Balance promedio diario | Número de días en el ciclo | Tasa periódica | Tasa rendimiento anual devengada |
|---|---|---|---|
| 65,867.86 | 31 | 0.0035519% | 01.310% |

**CRÉDITOS REGULARES Y ELECTRÓNICOS**

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
|---|---|---|---|---|---|
| 07-21 | Intereses acreditados | 72.53 | | | |

**DÉBITOS REGULARES Y ELECTRÓNICOS**

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
|---|---|---|---|---|---|
| 07-17 | Pago   07-17 XXXXXXXXXXXXX1344 Aguadilla Service Aguadilla PR | 59.99 | | | |

**HISTORIAL DE BALANCE DIARIO**

| Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|---|---|---|---|
| 06-20 | 55,877.54 | 07-17 | 65,817.55 | 07-21 | 65,890.08 | | |

**AVISO IMPORTANTE**

A PARTIR DEL 20 DE SEPTIEMBRE DE 2008 CUMPLIENDO CON LOS
CAMBIOS A LA DISPONIBILIDAD DE FONDOS DEPOSITADOS EN CUENTAS
REG CC LOS CHEQUES DE BANCOS PERTENECIENTES AL DISTRITO DE
BOSTON SE PROCESARAN COMO CHEQUES LOCALES.

Aviso: Véase información importante al final de este estado. Su próximo estado de cuenta será el  21 de agosto de 2008.


**BANCO POPULAR**®

3840        DATAHON     IN  2130201700030 PM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  OPERATOR INSTRUCTIONS  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ENTER-DISPLAY ACCT PF2-NEXT PAGE PF4-PAGE 1    PF8-PREV CYCLE PF10-DISP TRANS
CLEAR-EXIT TO MENU PF3-PREV PAGE PF5-LAST PAGE PF9-NEXT CYCLE

*Int— 87.82    65,877.5,*

Date: 07/07/08 Time: 1:38:19 PM

Page: 1 Document Name: untitled

```
IDAM008                       BANCO POPULAR              5:29      DATE 07/07/08
                              SAVINGS   HISTORY AS OF 06/20/08       TIME 13:36:06
                                                                     PAGE      01

                                                        12  05/20/00      83,284.91
DATE   NUMBER   Y  TRANSACTION DESCRIPTION              TRAN AMOUNT       BALANCE
      0057          HATILLO    PR  2150201/0081344
060508  178000020 RETIRO                                 6,000.00-       77,234.91
                  AGUADILLA SUR
060508 03141093422 BOSTONIAN            060408              85.59-       77,149.32
        9352      HATO REY   PR  215020170081344
060508 00000000000 JCPENNEY STORE 2SAN JUA 060408          59.60-       77,089.72
       000054003/98 /98SAN JUA PR  2150201/0081344
061000 03142223426 POPULAR AUTO LOTE BAYAM 061208       11,300.00-      65,789.72
        3840      BAYAMON    PR  2150201/0081344
```

OPERATION INSTRUCTIONS
CLEAR-EXIT TO MENU PF3-PREV PAGE PF5-LAST PAGE PF9-NEXT CYCLE

Int — 87.82   65,877.5

Date: 07/07/08 Time: 1:38:19 PM